April 18, 2008

Mr. Ronald G. Hole
Hole & Alvarez, P.C.
612 W. Nolana, Suite 370
McAllen, TX 78504
Mr. Robert Edward Brzezinski
Lyons & Rhodes
126 Villita Street
San Antonio, TX 78205

RE: Case Number: 06-0501
 Court of Appeals Number: 13-04-00449-CV
 Trial Court Number: 2003-05-2764-C

Style: JUAN MARIO VILLAFANI, M.D.
 v.
 ADELA TREJO

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Aurora De La |
| |Garza |
| |Ms. Cathy Wilborn |